814

■ OCEANCREST HOMES, INC., Appellant, v. GOLFBAY COUNTRY CLUB, INC., Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 756.]

■ PRUDENTIAL SAVINGS BANK, Respondent, v. PETMAR REALTY CORP. et al., Appellants, et al., Defendant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DE VITA, Also Known as JAMES A. DE VITA, Also Known as JAMES DE VITO, True Name JAMES ALFRED DE VITA, Appellant.— Motion for reargument denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. [See *ante*, p. 691.]

■ ROTHROCK SYOSSET, INC., Appellant-Respondent, v. HOWARD P. KREUTZER et al., Constituting the Board of Commissioners of the Jericho Water District, in the Town of Oyster Bay, Nassau County, Respondents-Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. [See *ante*, p. 777.]

■ FRANK VALENTI, Appellant, v. EUREKA SECURITY FIRE & MARINE INSURANCE COMPANY OF CINCINNATI, OHIO, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ NORMAN E. WATES, Respondent, v. MARGUERITE M. CRANDALL et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 715.]

## SECOND DEPARTMENT, JUNE, 1956*

### (June 25, 1956)

■ MIRIAM ZEND, Respondent, v. BURRILL ZEND, Appellant.— Motion for a stay granted on condition that appellant perfect the appeal for the September Term, beginning Wednesday, September 12 (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with $10 costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 813.]

## FIRST DEPARTMENT, SEPTEMBER, 1956

### (September 20, 1956).

■ DAVID POSNER et al., Copartners Doing Business under the Name "POSNER AND FINGERMAN", v. SOUND STEAMSHIP LINES, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

* Not published with other decisions of June 25, 1956, *ante*, p. 706.— [REP.